IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE BLOCKER,<br>Reg. No. 17221-171,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER WOODS, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACT. NO. 2:18-cv-188-ECM<br>)                (WO)<br>)<br>)<br>) |

## **OPINION and ORDER**

On February 18, 2021, the Magistrate Judge entered a Recommendation (doc. 41) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the orders of the Court and to prosecute this action.

A separate Final Judgment will be entered.

Done this 10th day of March, 2021.

                                                /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE